AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hicks, Larry R. | 2. Court or Organization<br><br>U.S. District Court - Nevada | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Bruce R. Thompson U..S. Courthouse<br>400 S. Virginia St., Ste. 804<br>Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 20 P 12: 43 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pre-2001 | See Part VIII, page 8, re McDonald Carano Wilson 401K Profit Sharing Plan. |
| 2. Pre-2001 | See Part VIII, page 8, re Charles Schwab IRA Rollover Account. |
| 3. | |

Hicks_Larry_R

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Avansino Realty Partners, Ltd. |
| 2. | 2008 | ██ Avansino ██ Trust |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 - Reno, NV | D | Rent | O | W | | | | | |
| 2. Rental Property #2 - Sparks, NV | E | Rent | N | W | | | | | |
| 3. Avansino Realty Partners, Ltd.-Washoe Co., NV | G | Rent | O | Q | | | | | |
| 4. **Rental Property #3-Sparks, NV | | | | | | | | | |
| 5. **Rental Property #4-Sparks, NV | | | | | | | | | |
| 6. **Rental Property #5-Reno, NV | | | | | | | | | |
| 7. **Rental Property #6-Reno, NV | | | | | | | | | |
| 8. **Rental Property #7-San Francisco, CA | | | | | | | | | |
| 9. MGM Mirage - Common | A | Dividend | J | T | | | | | |
| 10. Zion's Bancorp - Common | A | Dividend | J | T | | | | | |
| 11. Wal-Mart Stores - Common | A | Dividend | J | T | | | | | |
| 12. Intl. Game Technology | A | Dividend | J | T | | | | | |
| 13. Harbor Fund | A | Dividend | J | T | | | | | |
| 14. Stillwater Farms, Inc.-Common | | None | L | W | | | | | |
| 15. McDonald, Carano Wilson 401K Profit Sharing Plan | C | Int./Div. | N | T | | | | | |
| 16. **VGENX | | | | | | | | | |
| 17. **COST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **PFCB | | | | | | | | | |
| 19. **MARXX | | | | | | | | | |
| 20. Charles Schwab IRA Rollover Account | E | Int./Div. | N | T | | | | | |
| 21. **PRFDX | | | | | | | | | |
| 22. **TGCNX | | | | | | | | | |
| 23. **DODGX | | | | | | | | | |
| 24. **PLDDX | | | | | | | | | |
| 25. **SWUXX | | | | | | | | | |
| 26. **VSGBX (Y) | | | | | | | | | |
| 27. IRA #1 | A | Dividend | K | T | | | | | |
| 28. **IIAXX | | | | | | | | | |
| 29. IRA #2 | A | Dividend | K | T | | | | | |
| 30. **AICCX (Y) | | | | | | | | | |
| 31. Bank of America - Accounts | D | Interest | M | T | | | | | |
| 32. Nevada State Bank - Accounts | C | Interest | M | T | | | | | |
| 33. First Independent Bank - Accounts | A | Interest | M | T | | | | | |
| 34. Brokerage #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Hicks, Larry R. | - | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - BAC | A | Dividend | J | T | | | | | |
| 36.    - BPK | B | Interest | K | T | | | | | |
| 37.    - BYD | A | Dividend | J | T | | | | | |
| 38.    - NIO | B | Interest | K | T | | | | | |
| 39.    - PBF | B | Interest | J | T | Merged (with line 40) | 10/08 | J | A | |
| 40.    - MOMTX | A | Interest | J | T | Merged (with line 39) | | | | |
| 41.    - ZION | A | Dividend | K | T | | | | | |
| 42.    - IQM | B | Interest | K | T | | | | | |
| 43.    - NEA | A | Interest | J | T | | | | | |
| 44.    - St. Mary's Reg. Med. Center Bond Fund | A | Interest | J | T | | | | | |
| 45.    - Clark County, Nev BD BK Pref | A | Interest | J | T | | | | | |
| 46.    - Clark County, Nev BD BK | A | Interest | J | T | | | | | |
| 47.    - Citibank Bank Deposit Program | A | Interest | L | T | | | | | |
| 48.   Brokerage #2 | | | | | | | | | |
| 49.    - BAC | A | Dividend | J | T | | | | | |
| 50.    - HET (Y) | | | | | | | | | |
| 51.    - IGT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - MTS | A | Dividend | J | T | | | | | |
| 53.   - WMT | A | Dividend | K | T | | | | | |
| 54.   - Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 55.   Brokerage #3 | | | | | | | | | |
| 56.   - Notes: Sedona Devel. Partners | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, line 3, column C(2), the appraisal date for Avansino Realty Partners, Ltd is December 1998.

Part VII, page 1, line 16, Stillwater Farms, Inc., is a privately owned corporation with no established "book value." It is primarily a hunting club, exact value unknown with no more accurate determination available. I can only estimate the value of my shares in the corporation based upon recent sales of other shares.

Part VII, page 4, line 15. The McDonald Carano Wilson 401K Profit Sharing Plan is a 401K profit sharing plan derived from this filer's former employment prior to 2002 in the private sector. It is owned by this filer and is a self-directed plan.

Part VII, page 5, line 20. The Charles Schwab IRA Rollover Account is a rolled over profit sharing plan derived from this filer's former employment in the private sector. It was created prior to the profit plan referenced above. It is owned by this filer and is a self-directed plan.

Part VII, page 6, line 50, "HET" appeared on my 2007 report at Part VII, page 7, line 52. It represented stock in Harrah's Entertainment, which is no longer publicly traded. This stock was sold in a private takeover in February 2007 and I failed to show that in my 2007 report. At the time of the sale, the value code was K and the Gain Code was D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544